# UNITED STATES DISTRICT COURT

for the

Western District of New York

Richard Armoni, Emerson Crowder
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

see attached
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 25CV1189S
*(to be filled in by the Clerk's Office)*

**JURY TRIAL:** Yes ✓ No ___

UNITED STATES DISTRICT COURT
FILED
NOV 14 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Richard crowder

All other names by which you have been known:

ID Number: 604432

Current Institution: Monroe County Jail

Address: 130 S. plymouth ave

Rochester (City) NY (State) 14614 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Julie Hahn

Job or Title *(if known)*: Monroe County Judge

Shield Number:

Employer: City of rochester

Address: 99 exchange blvd

Rochester (City) NY (State) 14614 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Sandra Doorley

Job or Title *(if known)*: DIStrict Attorney

Shield Number:

Employer: City of Rochester

Address: 47 S. Fitzhugh St

Rochester (City) NY (State) 14614 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Stephen mumblow

Job or Title *(if known)*: 13 Wham News

Shield Number

Employer: Self employed / owner of 13 News

Address

*City* *State* *Zip Code*

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Perry Sook

Job or Title *(if known)*: Rochester First

Shield Number

Employer: Owner of Rochester first News

Address

Rochester NY 14614

*City* *State* *Zip Code*

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.** Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

**B.** Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Defamation of character
Cruel & unusual punishment 8th Amend/14th Deprived of Life liberty or property / 1st Amend Right

**C.** Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant NO.5
Matt schiano
District Attorney

EmployeR City of Rochester

47 S-Fitzhugh Rochester, NY 14614
✓ Individual and ✓ offical capacity

Defendant No. 6
EMily Chisholm
District Attorney

Employer City of Rochester

47 S-Fitzhugh Rochester, NY 14614
✓ Individual and ✓ offical capacity

Defendant NO. 7
Stanley Hubbard
HHEC News 10

Hubbard broadcasting Rochester NY 14614
✓ Individual and ✓ Offical Capacity

Defendant No. 8
Name not Avalable to public. Democrat & chronicle
gannet Corporation owner Rochester NY 14614
✓ Individual and ✓ offical capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I was wrongfully Accused of murder After this I was showcased on several news stations and newspapers in august 2023 and also social media outlets falsely accused of murdering someone & I never commited this crime & I was ultimately found not Guilty at trial

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
I Was Falsely accused of murder andI Was found not Guilty

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
while I was in rush Juvinile detention center on about august 16th 2023 I was broadcasted across many news stations and social media platforms as a murder which is somthing im not.

C. What date and approximate time did the events giving rise to your claim(s) occur?

on august 16th 2023 - I was put on many TV news stations

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I was put on news stations falsely accusing me of murder, 13 Wham news, WHEC news 10, Rochester first news and Democrat & chronicle the District Attorneys office & city of rochester & Judge Julie Hahn all destroyed my character as a 17 year old boy I lost my friends, society is now scared to be around me and my family wasted thousands of dollars in MCJ

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Did not need any medical attention.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My character role in life has been shattered by these people on social media platforms in newspaper newsstations they called me A murder and painted this Huge picture saying Im a killer because of this I lost family members, ties to alot or most of the people around me. I was ashamed to participate in School again because the way they were defamating my character, I am requesting Five million dollars $5,000,000 for the acts that i have explained above.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Rush Henrietta detention center NY

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [x] No
- [ ] Do not know

If yes, which claim(s)?

**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [ ] Yes
- [x] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [x] No

**E.** If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

F. If you did not file a grievance: N

1. If there are any reasons why you did not file a grievance, state them here:

Because the detention ~~other~~ center I was Housed at did not educate us on that prosess

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

MY attorneys

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

**B.** N/A If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/24/2025

Signature of Plaintiff: Richard crowder
Printed Name of Plaintiff: Richard crowder
Prison Identification #: 604432
Prison Address: 130 S-Plymouth AVE
Rochester (City) NY (State) 14614 (Zip Code)

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City State Zip Code

Telephone Number
E-mail Address



Print Save As... Add Attachment Reset

Revised 05/01 WDNY

# AFFIDAVIT OF SERVICE

**(If you are having your signature notarized, use this form)**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Richard A.E crowder,

Plaintiff(s),

v.

Julie Hahn, Emily chisholm, Matt Schiano, Stanley Hubbard, Sandra Doorley, Perry Sook, Stephen mumblow. gannet corporation

Defendant(s).

AFFIDAVIT OF SERVICE

________-CV-__________

STATE OF NEW YORK )
COUNTY OF Monroe ) ss.:

I, *(print your name)* Richard crowder, served a copy of the attached papers *(state the name of your papers)* 1983 proceeding

upon all other parties in this case
by mailing [✓] by hand-delivering [ ] *(check the method you used)*
these documents to the following persons *(list the names and addresses of the people you served)*

Sandra doorley - Matt Schiano - Emily chisholm 47 S-Fitzhugh st

Julie Hahn 99 Exchange blvd. Stanley Hubbard 45443 St. Paul MN 55145-0001

Perry Sook 545 east John Carpenter Freeway Suite 700 Irving T.X

Stephen mumblow 4225 W Henrietta rd rochester 14623

gannet corporation P.O.Box 2149 ElPaso T.X 79998-2149

on *(date service was made)* ________________

OKSANA DUBILEVSKAYA
Notary Public - State of New York
No. 01DU0012810
Qualified in Monroe County
My Commission Expires 08/24/2027

Richard crowder
*(your signature)*

Sworn to before me this 31 day of October, 2025

[signature]
Notary Public